JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GONZALEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, FCI VICTORVILLE<br><br>MEDIUM II,<br><br>                    Respondent. | Case No. 2:25-cv-01108-CAS (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** with prejudice.

Dated: April 8, 2026

*Christina A. Snyder*

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE